1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11   DEBRA BARRERA,                                    Case No.  1:13-cv-0024-BAM

12                    Plaintiff,

13          v.                                          **ORDER OF DISMISSAL**

14   COMMISIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16

17

18          On November 14, 2013, Plaintiff filed a Notice of Voluntary Dismissal (Doc. 7),

19   indicating that Plaintiff dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1).  Pursuant to the

     notice and good cause showing, this Court:
20

21                  1.       DISMISSES this case without prejudice;

22                  2.       VACATES all pending matters;

23                  3.       DENIES Plaintiff's Motion for Continuance as MOOT (Doc. 6); and

                    3.       DIRECTS the Clerk of the Court to CLOSE this case.
24   IT IS SO ORDERED.

25
            Dated:   **November 18, 2013**              _/s/ Barbara A. McAuliffe_
26                                                      UNITED STATES MAGISTRATE JUDGE

27

28

1