UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BARRERA,<br><br>               Plaintiff,<br><br>     v.<br><br>COMMISIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No.  1:13-cv-0024-BAM<br><br>**ORDER OF DISMISSAL** |

On November 14, 2013, Plaintiff filed a Notice of Voluntary Dismissal (Doc. 7), indicating that Plaintiff dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1). Pursuant to the notice and good cause showing, this Court:

       1.    DISMISSES this case without prejudice;

       2.    VACATES all pending matters;

       3.    DENIES Plaintiff's Motion for Continuance as MOOT (Doc. 6); and

       3.    DIRECTS the Clerk of the Court to CLOSE this case.

IT IS SO ORDERED.

Dated:   **November 18, 2013**          /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE